# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Larkins, John K. | U.S. District Court, N.D. Ga. | 05/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge, Full Time | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

1837 U.S. Courthouse
75 Ted Turner Drive
Atlanta, GA 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Fidelity National Information Services, Inc. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 05/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T INC BOND | A | Interest | J | T | | | | | |
| 2. BB&T CORPORATION BOND | A | Interest | K | T | | | | | |
| 3. CITIGROUP INC BOND | A | Interest | | | Redeemed | 11/21/17 | J | | |
| 4. HIGHLAND FLTG RATE OPPORT C | A | Dividend | | | Sold | 08/28/17 | J | | |
| 5. ISHARES S&P SMLL-CAP 600 V ETF (x) | A | Dividend | | | Sold | 08/28/17 | J | D | |
| 6. JP MORGAN CHASE & CO BOND | B | Interest | J | T | | | | | |
| 7. MERRILL LYNCH & CO INC BOND | A | Interest | J | T | | | | | |
| 8. MORGAN STANLEY BOND | A | Interest | | | Redeemed | 12/28/17 | J | | |
| 9. NATL CITY BANK BOND | A | Interest | J | T | | | | | |
| 10. PNC BANK N.A. BOND | A | Interest | | | Sold | 08/28/17 | J | | |
| 11. SPDR S&P 500 ETF TRUST | A | Dividend | | | Sold | 08/28/17 | K | E | |
| 12. SPDR S&P MIDCAP 400 ETF TRUST | A | Dividend | | | Sold | 08/28/17 | J | D | |
| 13. TRAVELERS COMPANIES INC BOND | A | Interest | | | Redeemed | 12/15/17 | J | | |
| 14. VANGUARD FTSE DEVELOPED MKTS E | B | Dividend | K | T | | | | | |
| 15. VANGUARD INTL EQUITY INDEX FD | A | Dividend | K | T | | | | | |
| 16. VANGUARD LARGE CAP ETF | B | Dividend | N | T | Sold (part) | 08/28/17 | L | E | |
| 17. VANGUARD MID-CAP ETF INDEX | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD SM CAP GROWTH ETF | A | Dividend | K | T | | | | | |
| 19. VANGUARD SMALL CAP ETF | A | Dividend | L | T | | | | | |
| 20. VOYA GLOBAL BOND A | A | Interest | J | T | | | | | |
| 21. WELLS FARGO & COMPANY BOND | A | Interest | | | Redeemed | 12/11/17 | J | | |
| 22. WELLS FARGO CO BOND | A | Interest | J | T | | | | | |
| 23. MCCORMICK & CO | A | Dividend | J | T | Buy (add'l) | 02/17/17 | J | | |
| 24. SUNTRUST BANK, N.A. ACCOUNTS | A | Interest | L | T | | | | | |
| 25. VANGUARD TARGET RETIREMENT 2045 FUND | A | Dividend | K | T | Buy (add'l) | 01/03/17 | J | | |
| 26. | | | | | Buy (add'l) | 01/18/17 | J | | |
| 27. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 28. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 29. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 30. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 31. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 32. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 33. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 34. | | | | | Buy (add'l) | 05/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 05/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 36. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 37. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 38. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 39. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 40. | | | | | Buy (add'l) | 08/17/17 | J | | |
| 41. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 42. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 43. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 44. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 45. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 46. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 47. | | | | | Buy (add'l) | 12/04/17 | J | | |
| 48. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 49. TIAA-CREF Managed Allocation 5-8 | | None | K | T | Buy (add'l) | 01/05/17 | J | | |
| 50. MORGAN STANLEY CORPORATE BOND (DUE 7-24-2020) | A | Interest | J | T | | | | | |
| 51. MORGAN STANLEY CORPORATE BOND (DUE 1-25-2021) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BANK OF AMERICA CORPORATE BOND (DUE 9-15-2020) | A | Interest | J | T | | | | | |
| 53. BANK OF AMERICA CORPORATE BOND (DUE 11-15-2020) | A | Interest | | | Sold | 08/28/17 | J | | |
| 54. MORGAN STANLEY PRIVATE BANK, NA (x) ACCOUNT (IRA BDP ACCOUNT) (x) | A | Interest | K | T | | | | | |
| 55. CITIGROUP BOND | | None | J | T | Buy | 12/18/17 | J | | |
| 56. CVS CORPORATE BOND | | None | J | T | Buy | 12/18/17 | J | | |
| 57. CVS CORPORATE BOND | A | Interest | J | T | Buy | 11/28/17 | J | | |
| 58. VANGUARD TTL STK MKT ETF | | None | L | T | Buy | 12/26/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Larkins, John K. | 05/10/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In preparing my Financial Disclosure Report for 2017, I recognized that I inadvertently omitted the following information in my 2016 report:

Part VII, Line 5: ISHARES S&P SMALL-CAP 600 V ETF (line 49 in 2016 report): The value at end of the 2016 reporting period was inadvertently omitted in 2016 report. The value at end of 2016 reporting period was value code J, using value method T, and the transaction type in column should have been noted as "Sold (part)."

Part VII, Line 54: Morgan Stanley Private Bank NA Bank Deposit Program was inadvertently omitted in 2016 report. Income during the reporting period was amount code A, the type of income was "Interest", and the gross value at the end of the reporting period was value code J, using value method T.

I apologize for these oversights. Please accept these as amendments to my Financial Disclosure Report for 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John K. Larkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544